

FILED
CLERK, U.S. DISTRICT COURT
11/1/19
CENTRAL DISTRICT OF CALIFORNIA
BY: KDI DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL SHEPPARD, JR., Petitioner, v. R.C. JOHNSON, Warden, Respondent. | Case No. EDCV 19-1708 PSG (SS) **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 1, 2019

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE