

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT EARL SHEPPARD, JR., | Case No. EDCV 19-1708 PSG (SS) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| R.C. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 1, 2019

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE